**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Emily Bailey,

       Plaintiff,           Civil 10-1453 (RHK/FLN)

vs.                      **DISQUALIFICATION AND**
                          **ORDER FOR REASSIGNMENT**

Wyeth LLC, et al.,

       Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge